# In the United States District Court for the Southern District of Georgia Waycross Division

DAVID JACKSON CONGER,

  Plaintiff,

v.

JOHN RUNKER, District Attorney; JOHN DOE, Assistant District Attorney; and JIM MCGEE, Attorney,

  Defendants.

CIVIL ACTION NO.: 5:17-cv-103

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's February 5, 2018 Report and Recommendation, dkt. no. 9, to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

The Court **GRANTS** Plaintiff's Motion to Voluntarily Dismiss Defendant McGee, dkt. no. 8, and **DISMISSES WITHOUT PREJUDICE** Plaintiff's claims against Defendant McGee. The Court further **DISMISSES WITH PREJUDICE** Plaintiff's remaining allegations for failure to state a claim and **DENIES** Plaintiff leave to appeal *in*

*forma pauperis*. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this \_\_6\_\_ day of \_\_March\_\_, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
Rev. 8/82)